UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, ) | |
| ) | Civil Action No. 05-10320-NMG |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST HARTFORD CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jillian B. Hirsch on behalf of the Defendant, First Hartford Corporation in the above-captioned matter.

Respectfully submitted,

FIRST HARTFORD CORPORATION

By its attorneys,

 /s/ Jillian B. Hirsch
Jonathan I. Handler, BBO #561475
Jillian B. Hirsch, BBO #659531
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179
(617) 345-4600

Dated: July 14, 2005

## CERTIFICATE OF SERVICE

      I, Jillian B. Hirsch, hereby certify that on this 14th day of July, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to: Larry C. Kenna, Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts, 02109 and by first class mail to Robert Rothberg, Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, MA 02109.

                                              /s/ Jillian B. Hirsch
                                              Jillian B. Hirsch