UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-10320-NMG |
| ) | |
| FIRST HARTFORD CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF CHANGE OF ADDRESS

Please take note that as of Monday, August 1, 2005, the new address of counsel for the plaintiff Richard E. Kaplan will be as follows:

Larry C. Kenna
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Respectfully submitted,

/s/ Larry C. Kenna
Larry C. Kenna (BBO# 267760)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000

3964288v1