UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>FIRST HARTFORD, )<br>)<br>*Defendant*. )<br>) | Civil Action Nos. 04-10402-NMG<br>05-10320-NMG<br>06-10424-NMG |

## DEFENDANT FIRST HARTFORD CORPORATION'S
## ASSENT TO TRIAL WITHOUT JURY

In response to the Court's instruction at the April 6, 2006 final pretrial conference, defendant First Hartford Corporation hereby confirms that it has no objection to proceeding with the trial of this action, which is scheduled to commence on May 1, 2006, without a jury.

Respectfully submitted,

FIRST HARTFORD CORPORATION

By its attorneys,

   /s/ Jonathan I. Handler
Jonathan I. Handler, BBO #561475
Jillian B. Hirsch, BBO #659531
DAY, BERRY & HOWARD LLP
One International Place
Boston, MA 02110
(617) 345-4600

-and-

John B. Nolan (admitted *pro hac vice*)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
(860) 275-0100

Dated: April 10, 2006

51338389.1 030692-00050
April 10, 2006 5:07 PM

-2-

## CERTIFICATE OF SERVICE

I, Jillian B. Hirsch, hereby certify that I have served the within *Defendant First Hartford Corporation's Assent to Trial Without Jury* by causing a copy to be mailed, first class postage prepaid and addressed to Larry C. Kenna, Choate, Hall & Stewart, Two International Place, Boston, Massachusetts, 02110, on this 10th day of April, 2006.

        /s/ Jillian B. Hirsch
        Jillian B. Hirsch

51338389.1 030692-00050
April 10, 2006 5:07 PM